UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Suzan Kissee,<br><br>   Plaintiff,<br><br>vs.<br><br>McGuigan Law Office, LLC; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No.: 2:12-cv-04170-JEM<br><br>[~~PROPOSED~~] ORDER |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: 12/27/2012

Judge: John E. McDermott